SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
JESSICA F. CRUZ
BENJAMIN K. PETERSBURG
Assistant U.S. Attorneys
108 Hernan Cortez Ave., Ste. 500
Hagåtña, Guam 96910
PHONE: (671) 472-7332

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>APPROXIMATELY $564,123.00 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. ENDING IN 8072, HELD IN THE NAME OF KCORDIER SERVICES LLC (DBA CORDIER SERVICES),<br><br>and<br><br>APPROXIMATELY $456,377.00 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. ENDING IN 2685, HELD IN THE NAME OF KCORDIER SERVICES LLC (DBA CORDIER SERVICES),<br><br>Defendants. | CIVIL CASE NO. 26-00021<br><br>**VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |

Plaintiff, United States of America, by its attorneys, Shawn N. Anderson, United States Attorney for the Districts of Guam and the Northern Mariana Islands, Benjamin K. Peterburg, Assistant U.S. Attorney, and Jessica F. Cruz, Assistant U.S. Attorney, bring this verified complaint

for forfeiture in a civil action *in rem* against the defendant amount of seized funds and allege as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (hereafter the "Supplemental Rules"):

**NATURE OF THE ACTION**

1. This is a civil forfeiture action *in rem* to forfeit to the United States approximately $564,123.00 in U.S. Currency seized from JP Morgan Chase account number ******8072, and approximately $456,377.00 in U.S. Currency seized from JP Morgan Chase account number ******2685 (collectively, "defendant funds") pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), on grounds that the defendant funds constitute or are derived from proceeds traceable to violations of 18 U.S.C. § 1343.

2. The defendant funds were seized by the Federal Bureau of Investigation ("FBI") on May 4, 2026, pursuant to a federal seizure warrant issued on March 18, 2026. The defendant funds are currently in the custody of the FBI, District of Guam.

**JURISDICTION AND VENUE**

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant funds. This Court has jurisdiction over an action commenced by the United States under Title 28, United States Code, Section 1345, and over an action for forfeiture under Title 28, United States Code, Section 1355(a).

4. This Court has *in rem* jurisdiction over the defendant funds pursuant to Title 28, United States Code, Section 1355(b)(1).

5. Venue is proper in this district pursuant to Title 28, United States Code, Sections 1355(b)(1) and 1395 because the acts or omissions giving rise to the forfeiture occurred in this district.

## FACTUAL ALLEGATIONS

6. In January 2026, a person or persons unknown to law enforcement at this time ("John Doe"), learned that the Judiciary of Guam ("JOG") was in the process of receiving payment from the Department of Administration at Government of Guam ("DOA").

7. John Doe devised a plan or scheme to interject into the payment process and convince an employee of DOA to wire transfer funds to a bank account controlled by John Doe or his/her associates.

8. On January 9, 2026, DOA Accounts Payable Section received an email from John Doe purporting to be Jenelyn S. Benlot (Management Officer at JOG), using email address jbenlot@guamcourts.gov, regarding updating the receiving account to account number *******5248 ("Account 5248") at Wells Fargo Bank ("Wells Fargo"). DOA replied and asked for certain verification documents to make the change.

9. On February 5, 2026, a banking letter, Superior Court of Guam W-9, and vendor form were submitted by John Doe, purporting to be Jenelyn S. Benlot, via email address jbenlot@guamcourts.gov to DOA as required verification documents for the account number change.

10. The vendor form included a different Wells Fargo account number, *****2138.

11. The following day, on February 6, 2026, DOA updated banking information in its payment system to show JOG's account as Account 2138.

12. February 13, 2026, DOA initiated an ACH transfer to Account 2138 in the amount of $200.00. The intended recipient was JOG.

13. Three days later, on February 16, 2026, DOA initiated additional payment of $1,683,083.00 to Account 2138.

14. On February 18, 2026, DOA transferred $107,441.45 to Account 2138.

15. On February 23, 2026, upon following up with JOG on the wire transfers listed above, DOA identified the bank account change request was fraudulent and not made by JOG.

16. On February 25, 2026, DOA filed a complaint with the FBI Internet Crime Complaint Center ("IC3"). Based on the IC3 report, Wells Fargo investigated Account 2138 and traced an outgoing wire transfer to JP Morgan Chase Bank ("JP Morgan Chase"), in the amount of $820,500.00, on February 20, 2026.

17. Wells Fargo informed JP Morgan Chase, who the conducted a search of its records. A JP Morgan Chase investigator reported that they found a second wire transfer from Wells Fargo to JP Morgan Chase in connection with the Judiciary of Guam in the amount of $236,780.00 that was deposited on or about February 20, 2026.

18. In total, JP Morgan Chase records show a total of $1,057,300.00 deposited into two accounts, numbers ******2685 and ******8072 (collectively, "JP Morgan Chase Accounts"). Both accounts belong to KCordier Services LLC (DBA Cordier Services), with owner Keith Cordier Sr. and address of 7205 E. 131st Street, Grandview, MO 64030-3318.

19. On March 13, 2026, law enforcement interviewed Jenelyn S. Benlot, who denied authorizing the change of bank account information for JOG.

20. Keith Cordier and KCordier Services LLC have no business relationship with the Government of Guam or the Judiciary of Guam and no legitimate reason to receive funds from DOA or JOG.

21. Prior to seeking a seizure warrant, FBI spoke with JP Morgan Chase investigators who informed FBI that $1,020,500.00 remained in the JP Morgan Chase accounts.

22. On March 18, 2026, the government obtained a federal seizure warrant for the defendant funds (Case No. MJ-26-00035). The Magistrate Judge found that facts existed to support a probable cause finding that an unknown individual or unknown individuals diverted up

to $1,020,500.00 in funds intended for JOG from DOA to a Wells Fargo account and transferred those funds to the JP Morgan Chase Accounts without JOG or DOA's knowledge or consent.

23. On April 8, 2026, in response to the seizure warrants issued on March 18, 2026, JP Morgan Chase provided the statements and indicated there was $564,123.00 in JP Morgan Chase number account ******8072 and approximately $456,377.00 in JP Morgan Chase account number ******2685, for a total of $1,020,500.00. The FBI seized the funds on May 4, 2026.

## FIRST CLAIM FOR RELIEF
## 18 U.S.C. § 981(a)(1)(C)

24. The above paragraphs are incorporated by reference as though fully set forth herein.

25. The United States alleges that the defendant funds were derived from proceeds traceable to an offense constituting a "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7), which incorporates the definition of "specified unlawful activity" found in 18 U.S.C. § 1961(1) and are therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). Wire Fraud in violation of 18 U.S.C. § 1343, constitutes "specified unlawful activity" as defined in § 1956(c)(7).

## PRAYER FOR RELIEF

**WHEREFORE**, the United States of America prays that:

1. Process issue according to the procedures of this Court in cases of actions *in rem*;

2. Any person having an interest in said defendant funds be given notice to file a claim and to answer the complaint;

3. The Court enter a judgment of forfeiture of the defendant funds to the United States;

4. The Court grant such other relief as may be just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED this 31st day of July, 2026.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and CNMI

By: ______________________________
BENJAMIN K. PETERSBURG
JESSICA F. CRUZ
Assistant U.S. Attorneys

**VERIFICATION**

I, Liu Hong Jiang, hereby verify and declare under penalty of perjury that I am a Special Agent with the Federal Bureau of Investigation, that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to the best of my knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with the Federal Bureau of Investigation.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/31/2026

LIU HONG JIANG
Special Agent
Federal Bureau of Investigation