SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
JESSICA F. CRUZ
BENJAMIN K. PETERSBURG
Assistant U.S. Attorneys
108 Hernan Cortez Ave., Ste. 500
Hagåtña, Guam 96910
PHONE: (671) 472-7332

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br>APPROXIMATELY $564,123.00 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. ENDING IN 8072, HELD IN THE NAME OF KCORDIER SERVICES LLC (DBA CORDIER SERVICES),<br><br>and<br><br>APPROXIMATELY $456,377.00 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. ENDING IN 2685, HELD IN THE NAME OF KCORDIER SERVICES LLC (DBA CORDIER SERVICES),<br><br>Defendants. | CIVIL CASE NO. 26-00021<br><br>**APPLICATION FOR WARRANT OF ARREST *IN REM*** |

Plaintiff, United States of America, by and through its undersigned counsel, respectfully requests that the Clerk of this Court issue the attached Warrant of Arrest *in Rem* pursuant to Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions (attached as Government Exhibit 1). In support of its application, the United States avers as follows:

1. On August 3, 2026, the United States filed a Verified Complaint for Forfeiture *in Rem* ("Verified Complaint") in the above-entitled case. The Verified Complaint seeks forfeiture of the below listed properties:

a. Approximately $564,123.00 in U.S. Currency, which was seized on May 4, 2026.

b. Approximately $456,377.00 in U.S. Currency, which was seized on May 4, 2026.

("defendant funds").

2. The defendant funds are under the control of the Federal Bureau of Investigation (FBI), which obtained such possession, custody and control on the date stated in the above description of defendant funds, pursuant to a warrant issued on March 18, 2026.

3. Supplemental Rule G(3)(b)(i) provides that if a property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody or control, the clerk "must issue a warrant to arrest the property."

**WHEREFORE**, the United States respectfully requests that the Clerk of the Court issue the attached Warrant of Arrest *in Rem.*

RESPECTFULLY SUBMITTED this 3rd day of August, 2026.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and CNMI

By: */s/ Benjamin K. Petersburg*
BENJAMIN K. PETERSBURG
JESSICA F. CRUZ
Assistant U.S. Attorneys